IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUZ S. MULERO GARCIA

DEBTOR

CASE NO. 10-01225-SEK

CHAPTER 13

### NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COMES NOW, **LUZ S. MULERO GARCIA** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. Debtor is hereby submitting an amended Plan dated March 30 2010, herewith and attached to this motion.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants, debtor, Luz S. Mulero Garcia and to all creditors and parties in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 30th day of March, 2010.

/s/ **_Roberto Figueroa Carrasquillo_**
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
Email: rfigueroa@prtc.net

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                          Case No. **10-01225-13**

**MULERO GARCIA, LUZ SERGIA**                          Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____            ☑ AMENDED PLAN DATED: **3/30/2010**
☐ PRE ☐ POST-CONFIRMATION            Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 200.00 | x | 53 | = $ | 10,600.00 |
| $ | 300.00 | x | 7 | = $ | 2,100.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

TOTAL: $ **12,700.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $ **12,700.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,854.00**

Signed: _/s/ Luz S. Mulero_
       Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL FINANCIAL**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
*Provide for that the base of the plan will be deem amended with any amounts recovered from preferential payments.
Debtor(s) consents to the LIFT of STAY in favor of FIRTS BANK (Account: 1282) (paid by third party).
Debtor(s) consents to the LIFT of STAY in favor of RELIABLE (Account: 6000) (paid by third party).
*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**        Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

MULERO GARCIA, LUZ SERGIA
PO BOX 371495
CAYEY, PR  00737-1495


R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677


AMERICAN EXPRESS
PO BOX 47455
JACKSONVILLE, FL  32247-7455


ASOCIACION EMPLEADOS ELA
PO BOX 364508
SAN JUAN, PR  00936-4508


COOP A/C LAS PIEDRAS
APARADO 414
LAS PIEDRAS, PR  00771


DORAL FINANCIAL
1451 FD ROOSEVELT AVE
SAN JUAN, PR  00920


FIRST BANK
PO BOX 19327
SAN JUAN, PR  00910-1427


ORIENTAL BANK & TRUST
PO BOX 1952
HUMACAO, PR  00792-1952


RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR  00928-1382