IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUZ SERGIA MULERO GARCIA

DEBTOR(S)

CASE NO.  10-01225-MCF

CHAPTER 13

## NOTICE OF FINAL CURE PAYMENT

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Alejandro Oliveras-Rivera reports that the amount required to cure the default on the claim listed below has been paid in full.

**Creditor: DORAL BANK**

| Claim Number | Claim Allowed |
|---|---|
| 05 | $70.00 |
| Total Amount Paid by Trustee | $70.00 |

**Monthly Mortgage Payment**

Mortgage is paid by:

_ Chapter 13 Trustee            x  Debtor (s)

Pursuant to Fed.R.Bank.P.3002.1(g), within **21 days** of the service of this Notice of Final Cure Payment, the creditor shall file and serve a statement on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, indicating 1) whether it agrees that the Debtor(s) has/have paid in full the amount required to cure the default on the claim; and 2) whether the Debtor(s) is/are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case No.     10-01225-MCF

Page No.     2

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to debtor(s) attorney. I further certify that I have mailed this document by First Class Mail postage prepaid to debtor and CREDITOR DORAL BANK.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, March 12, 2015.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521

10-01225-MCF    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

DORAL BANK
PO BOX 70308
SAN JUAN, PR  00936 -8308

DORAL BANK

DORAL BANK
C/O SERGIO A RAMIREZ DE ARELLANO
BANCO POPULAR CENTER SUITE 1022
209 AVE MUNOZ RIVERA
SAN JUAN, PR  00918 -1009

LUZ SERGIA MULERO GARCIA
PO BOX 371495
CAYEY, PR  00737-1495

ROBERTO FIGUEROA CARRASQUILLO*
R FIGUEROA CARRASQUILLO LAW OFFICE PSC
PO BOX 186
CAGUAS, PR  00726-0186

DATED:   March 12, 2015

/S/JUAN RIVERA
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1     - CASE NO     10-01225-MCF